IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01296-ZLW-OES

ANDREW PATZNER, et al.,

Plaintiff(s),

vs.

PORTERCARE ADVENTIST HEALTH SYSTEM
d/b/a CENTURA HEALTH LITTLETON ADVENTIST HOSPITAL, et al.,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 15, 2005

Defendants' Unopposed Motion for Modifications to Scheduling Order [July 14, 2005] is GRANTED.  The Scheduling Order shall be amended to reflect the following dates and deadlines:

- Fact, lay and witness and expert discovery cutoff         September 30, 2005

- Dispositive motion deadline                              October 31, 2005

- The pretrial conference of August 29, 2005, is VACATED and RESET to **November 14, 2005**, at the hour of 9:00 a.m.