IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1296-ZLW-OES

ANDREW PATZNER and
BRENDA PATZNER, individually and on behalf of
DREW PATZNER, a minor child,

    Plaintiffs,

v.

PORTER*CARE* ADVENTIST HEALTH SYSTEM d/b/a
CENTURA HEALTH LITTLETON ADVENTIST HOSPITAL,
KAREN M. ZARLENGO, M.D.,
BEVERLY A. ANDERSON, M.D.,
GERILYN RUSH,
SUSAN WILLIAMS, and
NADINE McCASLIN,

    Defendants.

## ORDER DISMISSING CERTAIN DEFENDANTS

Pursuant to and in accordance with the Stipulation For Dismissal Without Prejudice Of Defendants Gerilyn Rush, Susan Williams and Nadine McCaslin, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice as to Defendants Gerilyn Rush, Susan Williams and Nadine McCaslin, the parties to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that, in the future, the case caption shall be amended to reflect the dismissal of these Defendants.

DATED at Denver, Colorado, this  9  day of August, 2004.

BY THE COURT:

s/ Zita L. Weinshienk

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court