IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01296-ZLW-OES

ANDREW PATZNER, et al.,

Plaintiff(s),

vs.

PORTERCARE ADVENTIST HEALTH SYSTEM
d/b/a CENTURA HEALTH LITTLETON ADVENTIST HOSPITAL, et al.,

Defendant(s).

**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATIONS TO SCHEDULING ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: August 11, 2005

THIS MATTER coming before the Court on Defendants' Second Unopposed Motion for Modifications to Scheduling Order, and the Court having considered the matter,

IT IS HEREBY ORDERED that the Second Unopposed Motion for Modifications to Scheduling Order is GRANTED as follows:

1. Fact, lay witness and expert discovery cutoff:   **December 30, 2005**

2. Dispositive motion deadline:   **January 27, 2006**

It is further ORDERED that the final pretrial conference currently scheduled for November 21, 2005 at 9:00 a.m., is VACATED, and RESET for the 6TH day of February, 2006 at 10:30 o'clock a.m. in the United States Courthouse located at 901 19th Street, Sixth Floor, Denver, CO .

Dated this 11th day of August, 2005.

BY THE COURT:

s/O.Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge