**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk**

Civil Action No. 04-CV-01296-ZLW-OES

ANDREW PATZNER and
BRENDA PATZNER, individually and on behalf of
DREW PATZNER, a minor child,

    Plaintiffs,

vs.

PORTERCARE ADVENTIST HEALTH SYSTEM d/b/a
CENTURA HEALTH LITTLETON ADVENTIST HOSPITAL,
KAREN M. ZARLENGO, M.D., and
BEVERLY A. ANDERSON, M.D.;

    Defendants.
_____

**ORDER DISMISSING
BEVERLY A. ANDERSON, M.D.**
_____

    Pursuant to and in accordance with the Stipulation for Dismissal, With Prejudice, of Defendant Beverly A. Anderson, M.D., signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed, with prejudice, as to Defendant Beverly A. Anderson, M.D., the parties to pay their own costs and attorneys fees. It is

-2-

FURTHER ORDERED, that, in the future, the case caption shall be amended to reflect the dismissal of Dr. Anderson.

DATED at Denver, Colorado, this  14  day of December, 2005.

BY THE COURT:

_____
Zita L. Weinshienk, Senior Judge
United States District Court