**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk**

Civil Action No.  04-cv-01296-ZLW-MEH

**ANDREW PATZNER and
BRENDA PATZNER, individually and on behalf of
DREW PATZNER, a minor child,**

    Plaintiffs,

vs.

**PORTERCARE ADVENTIST HEALTH SYSTEM d/b/a
CENTURA HEALTH LITTLETON ADVENTIST HOSPITAL, and
KAREN M. ZARLENGO, M.D.,**

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    Pursuant to and in accordance with the Stipulation For Dismissal, With Prejudice, Of Defendant Karen M. Zarlengo, M.D., and the Stipulation For Dismissal With Prejudice Of Defendant PorterCare Adventist Health System d/b/a Centura Health-Littleton Adventist Hospital, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.  It is

-2-

FURTHER ORDERED that this case is now closed on the docket of this Court, all issues now having been resolved between all parties.

DATED at Denver, Colorado, this  14  day of February, 2006.

BY THE COURT:

_____
Zita L. Weinshienk, Senior Judge
United States District Court